IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:20-CV-00620-KS

| | |
|---|---|
| TONIA WIREMAN, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| KILOLO KIJAKAZI, | )   **ORDER** |
| Acting Commissioner of Social Security, | ) |
|     Defendant. | ) |

This matter is before the Court on plaintiff's Motion for Summary Judgment and defendant's Motion for Remand to the Commissioner. Plaintiff's counsel consented to the defendant's Motion for Remand.

Accordingly, for good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Ordered this 10th day of January 2022.

                                                                           KIMBERLY A. SWANK
                                                                           United States Magistrate Judge