UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

TONIA WIREMAN,
    Plaintiff,

v.

KILOLO KIJAKAZI, **JUDGMENT**
*Acting Commissioner of Social Security*    Case No. 5:20-CV-620-KS
    Defendant.

## Decision by Court.

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the Plaintiff's Motion for Judgment on the Pleadings and Defendant's Motion to Remand.

**IT IS ORDERED, ADJUDGED AND DECREED** the Court grant's the Defendant's Motion to Remand and hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and remands the case to the Commissioner for further proceedings.

This judgment filed and entered on January 10, 2022, with electronic service upon:

Jonathan Miller, *Counsel for Plaintiff*
Amanda Gilman, *Counsel for Defendant*

                               **PETER A. MOORE, JR.**
                               CLERK, U.S. DISTRICT COURT

DATE: January 10. 2022           /s/ *Shelia Foell*
                               (By): Shelia Foell
                               Deputy Clerk, U.S. District Court